# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED

05 APR 19 AM 9 3:

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                                    CR. NO. <u>05-20135-D</u>

**CONRAD RAY McEACHERN**

## ORDER UNSEALING INDICTMENT

This cause came on to be heard this date upon oral motion of the United States for an order unsealing Indictment Number 05-20135-D; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the motion is well taken and should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that Indictment Number 05-20135-D is hereby unsealed.

ENTER THIS __18__ DAY OF APRIL, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __4-19-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20135 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT