IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 AUG 30 AM 11: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 05-20135-D |
| CONRAD R. MCEACHERN ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA AND **SETTING**

This cause came to be heard on August 25, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Conrad R. McEachern, appearing in person and with counsel, J. Patten Brown, III, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2, and 3 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, NOVEMBER 18, 2005, at 1:00 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 29th day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20135 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT