IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 11 PM 3: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20135-D |
| CONRAD R. MCEACHERN, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO AMEND BAIL CONDITIONS

Upon Motion of the defendant, and for good cause shown,

**IT IS ORDERED** that the defendant's bail bond conditions are amended to allow visitation with the defendant's granddaughter.

_____
JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

October 8, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20135 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT