UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED *10* , D.C.

05 NOV 18 PM 4: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20135-D |
| CONRAD R. McEACHERN, | * | |
| Defendant. | * | |

ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Sentencing is continued and re-set for the _16th_ day of _December_, 200_5_ at _1:45_ a.m./_p.m_.

THUS ORDERED THIS _17_ day of _November_, 2005 at Memphis, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11/21/05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20135 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT