UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /6 D.C.

05 DEC 19 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20135-D |
| CONRAD R. McEACHERN, | * | |
| Defendant. | * | |

## ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Sentencing is continued and re-set for the 2nd day of February, 2006 at 1:45 a.m./p.m.

THUS ORDERED THIS 16 day of December, 2005 at Memphis, Tennessee.

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/21/05

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20135 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT